THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-00375-RPM

ANITA BOWMAN,

     Plaintiff

v.

DILLON COMPANIES, INC.,
d/b/a CITY MARKET AND d/b/a CITY MARKET STORE #422, and
THE KROGER CO., d/b/a CITY MARKET and
d/b/a CITY MARKET STORE #422,

     Defendants.

_____

ORDER FOR DISMISSAL

_____

     Upon review of the Stipulated Motion for Dismissal with Prejudice [19] filed June 4, 2014,

it is

     ORDERED that this action is dismissed with prejudice, each party to bear their own

costs and attorney fees.

     Dated: June 4th , 2014

                    BY THE COURT:

                    s/Richard P. Matsch

                    _____

                    Richard P. Matsch, Senior District Judge